

# NUMBER 13-22-00357-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**MARK A. CANTU,**                                            **Appellant,**

**v.**

**MARK REAGAN, MCALLEN MONITOR,**
**AND AIM MEDIA TEXAS, LLC,**                                 **Appellees.**

---

### On appeal from the 464th District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Silva

Appellant Mark A. Cantu, proceeding pro se, filed a notice of appeal regarding a judgment rendered against him in cause number C-0982-21-L in the 464th District Court of Hidalgo County, Texas. On August 2, 2022, the Clerk of this Court requested appellant to remit the $205.00 filing fee for the appeal within ten days. *See* TEX. R. APP. P. 5 ("A

party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE ANN. § 51.207 (delineating the required fees and costs in an appellate court). On August 9, 2022, the Clerk also advised appellant that it appeared that there was no final, appealable order in the clerk's record, requested appellant to correct this defect within ten days, and notified appellant that the appeal would be dismissed if this defect was not cured. *See* TEX. R. APP. P. 42.3(a). On August 18, 2022, the Clerk notified appellant that he was delinquent in paying the filing fee for the appeal. The Clerk advised appellant that the appeal would be dismissed if the filing fee was not paid within ten days. *See id.* R. 42.3(b), (c). To date, appellant has not corrected the defect in the notice of appeal, paid the filing fee for the appeal, or otherwise responded to the Clerk's directives.

The Court, having examined and fully considered the notice of appeal, the clerk's record, and the foregoing events, is of the opinion that this appeal should be dismissed. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(a), (b), (c).

CLARISSA SILVA<br>
Justice

Delivered and filed on the
15th day of September, 2022.